■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SNEAD, Appellant. [919 NYS2d 457]—

Concur—Gonzalez, P.J., Tom, Acosta, Richter and Román, JJ.